# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV13-01090 JAK (OPx) | Date | February 27, 2014 |
| Title | Julio V. Ordonez v. Ocwen Loan Servicing, LLC | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER RE DISMISSAL (JS-6)

On February 10, 2014, the Court granted Defendant's motion to dismiss Plaintiff's first amended complaint. Dkt. 30. Plaintiff was granted leave to amend as to his second and third causes of action. However, the order provided that any amended pleading was to be filed on or before February 21, 2014, and that a failure to do so would result in dismissal of the action with prejudice. Plaintiff did not timely file an amended complaint as ordered. The action is therefore DISMISSED with prejudice provided, however, that this Order is stayed for one week. It will become final unless, on or before March 5, 2014, Plaintiff files a declaration as to why the amended complaint was not timely filed and attaches a proposed amended complaint.

**IT IS SO ORDERED.**

:

Initials of Preparer   ak